IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00009 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| DWIGHT D. ZEIGLER | ) | |

## ORDER

The plea hearing currently set in this action for Friday, August 22, 2014 at 1:30 p.m. is RESET for **Friday, September 5, 2014 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 31 day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge